UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Joseph Peter Schmitt, pro se )
    Plaintiff )
)
vs. ) CA. NO. 1:05-cv-11603-NG
)
Robert D. Clauss, et al., )
    Defendants )

PLAINTIFFS MOTION FOR COURT TO RECONSIDER
DENIAL OF MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the pro se plaintiff, Joseph P. Schmitt, and moves this court to reconsider its' denial of his motion to proceed in Forma Pauperis.

As grounds plaintiff states:

1. Plaintiff did not claim the $800.00 as income because he never received these funds which is the basis, in part, of CA. NO. 05-11348-NG. Plaintiff correctly informed the court of his financial status.

2. The court makes reference in its memorandum that plaintiff represented that on February 8, 2005 he had $550.00 in his canteen account and $1.12 in his savings account. Then on February 16, 2005

he represented that he had $2,451.12 in his accounts. This leads the court to believe plaintiff has an income but in fact the attached institution account print out will show that on January 28, 2005 plaintiff sent his attorney Marie B. McGuirk $2,000.00 for legal defense and said check was voided on February 11, 2005. This does not represent an income. Records also proves no income six months prior to plaintiff's request for forma pauperis.

3. The attached print out of the plaintiff's account clearly shows that with a fixed amount of funds received well over six months prior to his filing of this action he has supported himself with clothes, footwear, cosmetics, postage, and food items. The Commonwealth does not care for these needs as this court mistakingly believes.

4. Plaintiff has an account balance of about $200.00 as of this motions filing. It would be an unnecessary burden to force plaintiff to pay $250.00 for this action, when he is also being forced to pay such filing fees in a total of four cases before the U.S.D.C., all of which are being appealed by motions for reconsideration.

5. Plaintiff, if forced to comply with the courts' orders, would be forced to have his action(s) dismissed as he cannot afford to pay any of the filing fees which total $1,000.00. This violates his due process and prevents him from prosecuting his claims.

6. The fact that the plaintiff had a substantial sum of funds available to him and spent it prior to the incidents

which forced him to seek recourse through legal action does not in itself prove plaintiff is not blocked by his present financial conditions to access the courts. At the time plaintiff was spending his money there was no issue where he was merely in the position of having to weigh the financial constraints posed if he pursues his position against the merits of his case. The court errs by claiming this.

7. Even considering the plaintiff's overall financial status over the one year period presented in the attached print out Plaintiff is considered hugely below the federal level of Poverty.

8. Plaintiff is not obligated to exhaust all his funds in order to be granted his motion to proceed in forma Pauperis See, King vs Greenblatt, 53 F Supp 2d 117, 138 (D. Mass 1999)

9. Plaintiff, reviewing his copy of the application to proceed in forma pauperis, notices that he made an error in #2 by indicating "No" to question "d". Plaintiff corrects this and indicates that he received a total of $1,400.00 from his nephew David Schmitt on August 26, 2004. However, said income has no effect on Plaintiff's Ability to now pay $250.00 in this action and a total of $750.00 in three other cases filed in this U.S.D.C

WHEREFORE, Plaintiff prays this court reconsiders its' denial of plaintiff's motion to proceed in forma Pauperis

And overturn its denial to allow said plaintiff to continue in forma pauperis so he can prosecute this action and not be denied access to the courts simply because he is poor without income and can not pay any filing fee without forcing him to do without the mere bare necessities he will be able to obtain with the approximate sum of $200.00 he has in his inmate/institutional accounts.

To uphold its denial this court would be conducting a blatant injustice to this poor plaintiff and depriving him of his due process and equal protection of the court.

Dated: Sept. 2, 2005

Attachments:
10 page account printout

cc: JPS

Respectfully filed
Joseph F. Schmitt

*[signature]*

30 Administration Road
Bridgewater, MA.
02324-3230

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date : 20050902 09:13

| | | | | | | Page : 1 |
|---|---|---|---|---|---|---|
| Commit# : | M81137 | | | MASS. TREATMENT CENTER | | |
| Name : | SCHMITT, JOSEPH, , | | | Statement From | 20040801 | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20050902 | |
| Block : | MPU - SEGREGATION UNIT | | | | | |
| Cell/Bed : | 002 /B | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $9,067.16 | $6,160.31 | $1,757.11 | $1,755.99 |
| 20040802 12:55 | EX - External Disbursement | 3167786 | 93277 | MTC | ~T.V. GUIDE | $0.00 | $51.48 | $0.00 | $0.00 |
| 20040805 08:31 | ML - Mail | 3187229 | | STH | ~DAVID SCHMITT | $250.00 | $0.00 | $0.00 | $0.00 |
| 20040805 08:31 | TI - Transfer from Institution | 3187231 | | MTC | ~Associate Receipt Number is 3187229 | $250.00 | $0.00 | $0.00 | $0.00 |
| 20040805 08:31 | TI - Transfer from Institution | 3187230 | | STH | ~Associate Receipt Number is 3187229 | $0.00 | $250.00 | $0.00 | $0.00 |
| 20040805 22:30 | CN - Canteen | 3190538 | | MTC | ~Canteen Date : 20040805 | $0.00 | $59.20 | $0.00 | $0.00 |
| 20040806 13:08 | IC - Transfer from Inmate to Club A/c | 3193272 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20040809 12:32 | IC - Transfer from Inmate to Club A/c | 3196493 | | MTC | ~FOR CLOTHING ORDER~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $14.79 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3215272 | | MTC | | $4.88 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3215273 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040812 08:36 | ML - Mail | 3231043 | | STH | ~NO DONOR MO#08.020139395 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040812 08:36 | TI - Transfer from Institution | 3231044 | | STH | ~Associate Receipt Number is 3231043 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20040812 08:36 | TI - Transfer from Institution | 3231045 | | MTC | ~Associate Receipt Number is 3231043 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040812 22:30 | CN - Canteen | 3232647 | | MTC | ~Canteen Date : 20040812 | $0.00 | $60.00 | $0.00 | $0.00 |
| 20040818 13:16 | EX - External Disbursement | 3250412 | 93661 | MTC | ~ROAD & TRACK | $0.00 | $21.94 | $0.00 | $0.00 |
| 20040818 13:17 | EX - External Disbursement | 3250416 | 93660 | MTC | ~ROD & CUSTOM | $0.00 | $19.95 | $0.00 | $0.00 |
| 20040826 08:27 | ML - Mail | 3288122 | | STH | ~DAVID SCHMITT | $500.00 | $0.00 | $0.00 | $0.00 |
| 20040826 08:27 | TI - Transfer from Institution | 3288123 | | STH | ~Associate Receipt Number is 3288122 | $0.00 | $500.00 | $0.00 | $0.00 |
| 20040826 08:27 | TI - Transfer from Institution | 3288124 | | MTC | ~Associate Receipt Number is 3288122 | $500.00 | $0.00 | $0.00 | $0.00 |
| 20040826 08:28 | ML - Mail | 3288128 | | STH | ~DAVID SCHMITT | $400.00 | $0.00 | $0.00 | $0.00 |
| 20040826 08:28 | TI - Transfer from Institution | 3288129 | | STH | ~Associate Receipt Number is 3288128 | $0.00 | $400.00 | $0.00 | $0.00 |
| 20040826 08:28 | TI - Transfer from Institution | 3288130 | | MTC | ~Associate Receipt Number is 3288128 | $400.00 | $0.00 | $0.00 | $0.00 |
| 20040826 08:29 | ML - Mail | 3288137 | | STH | ~DAVID SCHMITT | $500.00 | $0.00 | $0.00 | $0.00 |
| 20040826 08:29 | TI - Transfer from Institution | 3288139 | | MTC | ~Associate Receipt Number is 3288137 | $500.00 | $0.00 | $0.00 | $0.00 |
| 20040826 08:29 | TI - Transfer from Institution | 3288138 | | STH | ~Associate Receipt Number is 3288137 | $0.00 | $500.00 | $0.00 | $0.00 |
| 20040826 22:30 | CN - Canteen | 3290016 | | MTC | ~Canteen Date : 20040826 | $0.00 | $59.84 | $0.00 | $0.00 |
| 20040830 10:39 | CI - Transfer from Club to Inmate A/c | 3297085 | | MTC | ~CANT REFUND 8/12~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20040902 09:59 | EX - External Disbursement | 3316810 | 94057 | MTC | ~THE BOSTON GLOBE | $0.00 | $104.00 | $0.00 | $0.00 |
| 20040902 22:30 | CN - Canteen | 3317598 | | MTC | ~Canteen Date : 20040902 | $0.00 | $59.83 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050902 09:13

| | | | | |
|---|---|---|---|---|
| Commit# : | M81137 | MASS. TREATMENT CENTER | | Page : 2 |
| Name : | SCHMITT, JOSEPH, , | Statement From | 20040801 | |
| Inst : | MASS. TREATMENT CENTER | To | 20050902 | |
| Block : | MPU - SEGREGATION UNIT | | | |
| Cell/Bed : | 002 /B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040908 08:35 | ML - Mail | 3330024 | 52398 | STH | ~REIMB. FOR DAMAGED TV REPAIR | $65.00 | $0.00 | $0.00 | $0.00 |
| 20040908 08:35 | TI - Transfer from Institution | 3330027 | | MTC | ~Associate Receipt Number is 3330024 | $65.00 | $0.00 | $0.00 | $0.00 |
| 20040908 08:35 | TI - Transfer from Institution | 3330026 | | STH | ~Associate Receipt Number is 3330024 | $0.00 | $65.00 | $0.00 | $0.00 |
| 20040908 16:51 | IS - Interest | 3341345 | | MTC | | $5.85 | $0.00 | $0.00 | $0.00 |
| 20040908 16:51 | IS - Interest | 3341346 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040909 22:30 | CN - Canteen | 3359919 | | MTC | ~Canteen Date : 20040909 | $0.00 | $54.01 | $0.00 | $0.00 |
| 20040910 11:18 | EX - External Disbursement | 3363628 | 94221 | MTC | ~SUPER CHEVY | $0.00 | $14.97 | $0.00 | $0.00 |
| 20040910 14:47 | IC - Transfer from Inmate to Club A/c | 3364147 | | MTC | ~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $217.44 | $0.00 | $0.00 |
| 20040910 15:13 | IC - Transfer from Inmate to Club A/c | 3364192 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.80 | $0.00 | $0.00 |
| 20040913 13:07 | EX - External Disbursement | 3367507 | 94241 | MTC | ~CAR CRAFT | $0.00 | $10.00 | $0.00 | $0.00 |
| 20040913 14:02 | IC - Transfer from Inmate to Club A/c | 3367746 | | MTC | ~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $113.48 | $0.00 | $0.00 |
| 20040914 13:40 | VC - Voided Check | 3371817 | 94057 | STH | ~THE BOSTON GLOBE | $104.00 | $0.00 | $0.00 | $0.00 |
| 20040914 13:40 | TI - Transfer from Institution | 3371818 | | STH | ~Associate Receipt Number is 3371817 | $0.00 | $104.00 | $0.00 | $0.00 |
| 20040914 13:40 | TI - Transfer from Institution | 3371819 | | MTC | ~Associate Receipt Number is 3371817 | $104.00 | $0.00 | $0.00 | $0.00 |
| 20040916 22:30 | CN - Canteen | 3388831 | | MTC | ~Canteen Date : 20040916 | $0.00 | $59.73 | $0.00 | $0.00 |
| 20040920 13:18 | EX - External Disbursement | 3396946 | 94433 | MTC | ~NATIONAL GEOGRAPHIC SOCIETY | $0.00 | $10.00 | $0.00 | $0.00 |
| 20040923 22:30 | CN - Canteen | 3417648 | | MTC | ~Canteen Date : 20040923 | $0.00 | $59.63 | $0.00 | $0.00 |
| 20040930 22:30 | CN - Canteen | 3444362 | | MTC | ~Canteen Date : 20040930 | $0.00 | $58.55 | $0.00 | $0.00 |
| 20041004 14:12 | IC - Transfer from Inmate to Club A/c | 3452476 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20041007 22:30 | CN - Canteen | 3477313 | | MTC | ~Canteen Date : 20041007 | $0.00 | $59.87 | $0.00 | $0.00 |
| 20041012 13:24 | IC - Transfer from Inmate to Club A/c | 3489503 | | MTC | ~CERT 70031010000268381767~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $10.85 | $0.00 | $0.00 |
| 20041012 13:26 | IC - Transfer from Inmate to Club A/c | 3489514 | | MTC | ~CERT 70041160000716474266~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $14.60 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3506466 | | MTC | | $7.52 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3506467 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041014 22:30 | CN - Canteen | 3524989 | | MTC | ~Canteen Date : 20041014 | $0.00 | $59.86 | $0.00 | $0.00 |
| 20041019 10:13 | EX - External Disbursement | 3537021 | 95063 | MTC | ~HEMMINGS MOTOR NEWS | $0.00 | $17.45 | $0.00 | $0.00 |
| 20041019 10:13 | MA - Maintenance and Administration | 3537022 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041019 10:14 | EX - External Disbursement | 3537026 | 95062 | MTC | ~HEMMINGS MUSCLE MACHINES | $0.00 | $12.00 | $0.00 | $0.00 |
| 20041021 22:30 | CN - Canteen | 3556131 | | MTC | ~Canteen Date : 20041021 | $0.00 | $59.90 | $0.00 | $0.00 |
| 20041028 22:30 | CN - Canteen | 3585686 | | MTC | ~Canteen Date : 20041028 | $0.00 | $59.91 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050902 09:13

| | | | | | | |
|---|---|---|---|---|---|---|
| Commit# : | M81137 | | | MASS. TREATMENT CENTER | | Page: 3 |
| Name : | SCHMITT, JOSEPH, , | | | Statement From | 20040801 | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20050902 | |
| Block : | MPU - SEGREGATION UNIT | | | | | |
| Cell/Bed : | 002 /B | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041102 10:20 | EX - External Disbursement | 3599662 | 95360 | MTC | ~ALEJANDRO OQENDO | $0.00 | $150.00 | $0.00 | $0.00 |
| 20041102 10:20 | MA - Maintenance and Administration | 3599663 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041102 10:54 | IC - Transfer from Inmate to Club A/c | 3599774 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20041104 22:30 | CN - Canteen | 3619384 | | MTC | ~Canteen Date : 20041104 | $0.00 | $59.97 | $0.00 | $0.00 |
| 20041109 08:40 | EX - External Disbursement | 3635661 | 95557 | MTC | ~ALEJANDRO OQUENDO | $0.00 | $75.00 | $0.00 | $0.00 |
| 20041110 13:18 | EX - External Disbursement | 3642737 | 95568 | MTC | ~EDWARD HAMILTON | $0.00 | $33.45 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3652055 | | MTC | | $7.67 | $0.00 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3652056 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041111 22:30 | CN - Canteen | 3668044 | | MTC | ~Canteen Date : 20041111 | $0.00 | $59.61 | $0.00 | $0.00 |
| 20041116 14:14 | CI - Transfer from Club to Inmate A/c | 3683071 | | MTC | ~REFUND 11/4/04~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $54.01 | $0.00 | $0.00 | $0.00 |
| 20041117 12:41 | IC - Transfer from Inmate to Club A/c | 3687712 | | MTC | ~HEADPHONE,TYPEWRITTER,5 REP RIBBONS,2 COR.RIB~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $211.07 | $0.00 | $0.00 |
| 20041118 22:30 | CN - Canteen | 3699171 | | MTC | ~Canteen Date : 20041118 | $0.00 | $74.02 | $0.00 | $0.00 |
| 20041122 10:07 | IC - Transfer from Inmate to Club A/c | 3707656 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.66 | $0.00 | $0.00 |
| 20041124 22:30 | CN - Canteen | 3723545 | | MTC | ~Canteen Date : 20041124 | $0.00 | $73.26 | $0.00 | $0.00 |
| 20041202 22:30 | CN - Canteen | 3759810 | | MTC | ~Canteen Date : 20041202 | $0.00 | $76.38 | $0.00 | $0.00 |
| 20041206 14:57 | EX - External Disbursement | 3770583 | 96125 | MTC | ~EVENTS UNLIMITED/NATURALLY | $0.00 | $48.00 | $0.00 | $0.00 |
| 20041206 14:57 | MA - Maintenance and Administration | 3770584 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3785067 | | MTC | | $6.86 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3785068 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041209 22:30 | CN - Canteen | 3810629 | | MTC | ~Canteen Date : 20041209 | $0.00 | $79.93 | $0.00 | $0.00 |
| 20041210 08:33 | ML - Mail | 3813525 | | STH | ~MO 4425124296 | $500.00 | $0.00 | $0.00 | $0.00 |
| 20041210 08:33 | TI - Transfer from Institution | 3813526 | | STH | ~Associate Receipt Number is 3813525 | $0.00 | $500.00 | $0.00 | $0.00 |
| 20041210 08:33 | TI - Transfer from Institution | 3813527 | | MTC | ~Associate Receipt Number is 3813525 | $500.00 | $0.00 | $0.00 | $0.00 |
| 20041216 10:26 | VC - Voided Check | 3843723 | 96125 | STH | ~EVENTS UNLIMITED/NATURALLY | $48.00 | $0.00 | $0.00 | $0.00 |
| 20041216 10:26 | TI - Transfer from Institution | 3843724 | | STH | ~Associate Receipt Number is 3843723 | $0.00 | $48.00 | $0.00 | $0.00 |
| 20041216 10:26 | TI - Transfer from Institution | 3843725 | | MTC | ~Associate Receipt Number is 3843723 | $48.00 | $0.00 | $0.00 | $0.00 |
| 20041216 22:30 | CN - Canteen | 3845818 | | MTC | ~Canteen Date : 20041216 | $0.00 | $75.08 | $0.00 | $0.00 |
| 20041220 13:29 | EX - External Disbursement | 3855514 | 96489 | MTC | ~DIVERSIFIED PRESS INC | $0.00 | $15.25 | $0.00 | $0.00 |
| 20041223 22:30 | CN - Canteen | 3883973 | | MTC | ~Canteen Date : 20041223 | $0.00 | $79.04 | $0.00 | $0.00 |

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date : 20050902 09:13

| Commit# : | M81137 | | | MASS. TREATMENT CENTER | | | Page: 4 |
| Name : | SCHMITT, JOSEPH, , | | | Statement From | 20040801 | | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20050902 | | |
| Block : | MPU - SEGREGATION UNIT | | | | | | |
| Cell/Bed : | 002 /B | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041229 22:30 | CN - Canteen | 3900959 | | MTC | ~Canteen Date : 20041229 | $0.00 | $79.85 | $0.00 | $0.00 |
| 20041231 10:44 | EX - External Disbursement | 3916539 | 96764 | MTC | ~NATIONAL GEOGRAPHIC SOCIETY | $0.00 | $6.00 | $0.00 | $0.00 |
| 20041231 10:44 | EX - External Disbursement | 3916540 | 96763 | MTC | ~TIME MAGAZINE | $0.00 | $8.00 | $0.00 | $0.00 |
| 20050104 09:06 | EX - External Disbursement | 3923323 | 96849 | MTC | ~NATIONAL GEOGRAPHIC SOCIETY | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050104 09:06 | MA - Maintenance and Administration | 3923324 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050106 22:30 | CN - Canteen | 3945393 | | MTC | ~Canteen Date : 20050106 | $0.00 | $77.54 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3986034 | | MTC | | $7.55 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3986035 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050113 22:30 | CN - Canteen | 3995886 | | MTC | ~Canteen Date : 20050113 | $0.00 | $50.40 | $0.00 | $0.00 |
| 20050120 22:30 | CN - Canteen | 4022424 | | MTC | ~Canteen Date : 20050120 | $0.00 | $59.73 | $0.00 | $0.00 |
| 20050128 10:46 | EX - External Disbursement | 4054534 | 97401 | MTC | ~MARIE B MCGUIRK, ESQUIRE | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 20050128 10:47 | EX - External Disbursement | 4054538 | 97399 | MTC | ~US PLAYING CARD CO | $0.00 | $22.50 | $0.00 | $0.00 |
| 20050128 10:47 | EX - External Disbursement | 4054541 | 97398 | MTC | ~MYSTERY GUILD | $0.00 | $65.40 | $0.00 | $0.00 |
| 20050201 13:20 | IC - Transfer from Inmate to Club A/c | 4065449 | | MTC | ~CERT 7004 1160 0007 1647 4518~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20050201 14:23 | EX - External Disbursement | 4065694 | 97431 | MTC | ~NATIONAL GEOGRAPHIC SOCIETY | $0.00 | $34.00 | $0.00 | $0.00 |
| 20050201 14:23 | MA - Maintenance and Administration | 4065695 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050203 22:30 | CN - Canteen | 4086596 | | MTC | ~Canteen Date : 20050203 | $0.00 | $56.90 | $0.00 | $0.00 |
| 20050204 10:06 | IC - Transfer from Inmate to Club A/c | 4088841 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050208 10:49 | IC - Transfer from Inmate to Club A/c | 4100172 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050208 10:50 | IC - Transfer from Inmate to Club A/c | 4100176 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4115066 | | MTC | | $6.88 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4115067 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050210 22:30 | CN - Canteen | 4135216 | | MTC | ~Canteen Date : 20050210 | $0.00 | $59.99 | $0.00 | $0.00 |
| 20050211 10:14 | VC - Voided Check | 4139348 | 97401 | STH | ~MARIE B MCGUIRK, ESQUIRE | $2,000.00 | $0.00 | $0.00 | $0.00 |
| 20050211 10:14 | TI - Transfer from Institution | 4139351 | | MTC | ~Associate Receipt Number is 4139348 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| 20050211 10:14 | TI - Transfer from Institution | 4139350 | | STH | ~Associate Receipt Number is 4139348 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 20050211 12:52 | IC - Transfer from Inmate to Club A/c | 4139889 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050211 12:52 | IC - Transfer from Inmate to Club A/c | 4139890 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050214 14:43 | EX - External Disbursement | 4144871 | 97767 | MTC | ~MOTORBOATING | $0.00 | $13.97 | $0.00 | $0.00 |
| 20050216 13:41 | IC - Transfer from Inmate to Club A/c | 4154556 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050902 09:13

| Commit# : | M81137 | | MASS. TREATMENT CENTER | | Page: 5 |
| --- | --- | --- | --- | --- | --- |
| Name : | SCHMITT, JOSEPH, , | | Statement From | 20040801 | |
| Inst : | MASS. TREATMENT CENTER | | To | 20050902 | |
| Block : | MPU - SEGREGATION UNIT | | | | |
| Cell/Bed : | 002 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20050216 13:42 | IC - Transfer from Inmate to Club A/c | 4154558 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050216 14:59 | IC - Transfer from Inmate to Club A/c | 4154892 | | MTC | ~810,816,5-822,4-823~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $71.02 | $0.00 | $0.00 |
| 20050217 22:30 | CN - Canteen | 4169642 | | MTC | ~Canteen Date : 20050217 | $0.00 | $58.65 | $0.00 | $0.00 |
| 20050218 12:33 | IC - Transfer from Inmate to Club A/c | 4171442 | | MTC | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $194.27 | $0.00 | $0.00 |
| 20050218 13:20 | EX - External Disbursement | 4171564 | 97916 | MTC | ~THE MYSTERY GUILD | $0.00 | $22.96 | $0.00 | $0.00 |
| 20050224 22:30 | CN - Canteen | 4198403 | | MTC | ~Canteen Date : 20050224 | $0.00 | $56.97 | $0.00 | $0.00 |
| 20050225 08:54 | EX - External Disbursement | 4199127 | 98035 | MTC | ~PENNY MARKETING | $0.00 | $9.95 | $0.00 | $0.00 |
| 20050225 09:46 | CI - Transfer from Club to Inmate A/c | 4199391 | | MTC | ~REFUND 1/20/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $59.73 | $0.00 | $0.00 | $0.00 |
| 20050228 10:24 | IC - Transfer from Inmate to Club A/c | 4203092 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20050303 22:30 | CN - Canteen | 4228611 | | MTC | ~Canteen Date : 20050303 | $0.00 | $59.07 | $0.00 | $0.00 |
| 20050304 10:04 | ML - Mail | 4232742 | 41224 | STH | ~TIME INC | $3.00 | $0.00 | $0.00 | $0.00 |
| 20050304 10:04 | TI - Transfer from Institution | 4232747 | | MTC | ~Associate Receipt Number is 4232742 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20050304 10:04 | TI - Transfer from Institution | 4232746 | | STH | ~Associate Receipt Number is 4232742 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20050304 10:04 | MA - Maintenance and Administration | 4232744 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050307 13:49 | IC - Transfer from Inmate to Club A/c | 4239496 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050307 13:49 | IC - Transfer from Inmate to Club A/c | 4239500 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050310 22:30 | CN - Canteen | 4265321 | | MTC | ~Canteen Date : 20050310 | $0.00 | $59.56 | $0.00 | $0.00 |
| 20050315 08:19 | ML - Mail | 4275605 | 224948 | STH | ~HACHETTE FILIPACCHI MEDIA US | $9.14 | $0.00 | $0.00 | $0.00 |
| 20050315 08:19 | TI - Transfer from Institution | 4275608 | | MTC | ~Associate Receipt Number is 4275605 | $9.14 | $0.00 | $0.00 | $0.00 |
| 20050315 08:19 | TI - Transfer from Institution | 4275607 | | STH | ~Associate Receipt Number is 4275605 | $0.00 | $9.14 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4286039 | | MTC | | $4.44 | $0.00 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4286040 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050317 22:30 | CN - Canteen | 4312921 | | MTC | ~Canteen Date : 20050317 | $0.00 | $59.61 | $0.00 | $0.00 |
| 20050318 12:30 | IC - Transfer from Inmate to Club A/c | 4314878 | | MTC | ~3 OVERSIZED LETTERS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.49 | $0.00 | $0.00 |
| 20050321 09:02 | ML - Mail | 4317592 | 651473 | STH | ~NATIONAL GEOGRAPHIC SOCIETY | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050321 09:02 | TI - Transfer from Institution | 4317595 | | MTC | ~Associate Receipt Number is 4317592 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050321 09:02 | TI - Transfer from Institution | 4317594 | | STH | ~Associate Receipt Number is 4317592 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050321 12:22 | IC - Transfer from Inmate to Club A/c | 4319343 | | MTC | ~3 PIECES OF LEGAL MAIL (ALL .83)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.49 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050902 09:13

| | | | | | |
|---|---|---|---|---|---|
| Commit#: | M81137 | | MASS. TREATMENT CENTER | | Page: 6 |
| Name: | SCHMITT, JOSEPH, , | | Statement From | 20040801 | |
| Inst: | MASS. TREATMENT CENTER | | To | 20050902 | |
| Block: | MPU - SEGREGATION UNIT | | | | |
| Cell/Bed: | 002 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050323 10:40 | IC - Transfer from Inmate to Club A/c | 4329271 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.47 | $0.00 | $0.00 |
| 20050323 14:03 | IC - Transfer from Inmate to Club A/c | 4330035 | | MTC | ~postage to: joseph chavez #43899 unit a-325 p.o. box 1059 santa fe, new mexico 87504-1059 ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050324 22:30 | CN - Canteen | 4345172 | | MTC | ~Canteen Date : 20050324 | $0.00 | $59.94 | $0.00 | $0.00 |
| 20050325 09:51 | EX - External Disbursement | 4346447 | 98743 | MTC | ~EDWARD HAMILTON | $0.00 | $15.40 | $0.00 | $0.00 |
| 20050328 14:26 | IC - Transfer from Inmate to Club A/c | 4352026 | | MTC | ~POSTAGE TO: JAMES KARVONEN, #643693 W.C.I. 3620 HARRIS ROAD WAYCROSS, GA 31501 CERT #7004 1160 0006 1673 3265~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20050330 12:57 | IC - Transfer from Inmate to Club A/c | 4361049 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050331 22:30 | CN - Canteen | 4373682 | | MTC | ~Canteen Date : 20050331 | $0.00 | $59.87 | $0.00 | $0.00 |
| 20050401 08:33 | IC - Transfer from Inmate to Club A/c | 4376951 | | MTC | ~CERT70041160000616733531~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.11 | $0.00 | $0.00 |
| 20050401 08:34 | IC - Transfer from Inmate to Club A/c | 4376953 | | MTC | ~CERT 70041160000616733524~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.11 | $0.00 | $0.00 |
| 20050401 08:34 | IC - Transfer from Inmate to Club A/c | 4376959 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050401 12:50 | IC - Transfer from Inmate to Club A/c | 4378657 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050407 22:30 | CN - Canteen | 4412661 | | MTC | ~Canteen Date : 20050407 | $0.00 | $59.16 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4425907 | | MTC | | $6.40 | $0.00 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4425908 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050412 10:14 | IC - Transfer from Inmate to Club A/c | 4442857 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050412 10:14 | IC - Transfer from Inmate to Club A/c | 4442858 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050412 10:14 | IC - Transfer from Inmate to Club A/c | 4442859 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050414 09:09 | ML - Mail | 4461105 | 20822 | STH | ~PRIMEDIA ENTHUSIAST PUBLICATIONS | $3.32 | $0.00 | $0.00 | $0.00 |
| 20050414 09:09 | MA - Maintenance and Administration | 4461108 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050414 09:09 | TI - Transfer from Institution | 4461111 | | MTC | ~Associate Receipt Number is 4461105 | $2.32 | $0.00 | $0.00 | $0.00 |
| 20050414 09:09 | TI - Transfer from Institution | 4461110 | | STH | ~Associate Receipt Number is 4461105 | $0.00 | $2.32 | $0.00 | $0.00 |
| 20050414 22:30 | CN - Canteen | 4465215 | | MTC | ~Canteen Date : 20050414 | $0.00 | $59.94 | $0.00 | $0.00 |
| 20050419 11:48 | CI - Transfer from Club to Inmate A/c | 4474499 | | MTC | ~REFUND 4/14/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $4.85 | $0.00 | $0.00 | $0.00 |
| 20050419 11:48 | TI - Transfer from Institution | 4474500 | | STH | ~Associate Receipt Number is 4474499 | $0.00 | $4.85 | $0.00 | -$0.00 |
| 20050419 11:48 | TI - Transfer from Institution | 4474501 | | MTC | ~Associate Receipt Number is 4474499 | $4.85 | $0.00 | $0.00 | $0.00 |
| 20050420 13:37 | EX - External Disbursement | 4481636 | 99392 | MTC | ~TRAVELER | $0.00 | $12.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
# Inmate Transaction Report

Date: 20050902 09:13

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Commit#: | M81137 | | | | MASS. TREATMENT CENTER | | Page: | 7 |
| Name: | SCHMITT, JOSEPH,, | | | | Statement From | 20040801 | | |
| Inst: | MASS. TREATMENT CENTER | | | | To | 20050902 | | |
| Block: | MPU - SEGREGATION UNIT | | | | | | | |
| Cell/Bed: | 002 /B | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050420 13:38 | EX - External Disbursement | 4481639 | 99391 | MTC | ~CARGO | $0.00 | $9.97 | $0.00 | $0.00 |
| 20050420 13:41 | EX - External Disbursement | 4481658 | 99385 | MTC | ~OUTDOOR LIFE | $0.00 | $11.97 | $0.00 | $0.00 |
| 20050420 13:41 | EX - External Disbursement | 4481665 | 99383 | MTC | ~FLYING BUFFALO INC | $0.00 | $25.00 | $0.00 | $0.00 |
| 20050420 13:55 | CI - Transfer from Club to Inmate A/c | 4481719 | | MTC | ~REFUND 4/14/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $2.90 | $0.00 | $0.00 | $0.00 |
| 20050420 13:55 | TI - Transfer from Institution | 4481720 | | STH | ~Associate Receipt Number is 4481719 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20050420 13:55 | TI - Transfer from Institution | 4481721 | | MTC | ~Associate Receipt Number is 4481719 | $2.90 | $0.00 | $0.00 | $0.00 |
| 20050421 22:30 | CN - Canteen | 4494885 | | MTC | ~Canteen Date : 20050421 | $0.00 | $56.73 | $0.00 | $0.00 |
| 20050425 16:45 | CI - Transfer from Club to Inmate A/c | 4501884 | | MTC | ~REFUND 3/10/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $2.90 | $0.00 | $0.00 | $0.00 |
| 20050425 16:45 | TI - Transfer from Institution | 4501885 | | STH | ~Associate Receipt Number is 4501884 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20050425 16:45 | TI - Transfer from Institution | 4501886 | | MTC | ~Associate Receipt Number is 4501884 | $2.90 | $0.00 | $0.00 | $0.00 |
| 20050428 22:30 | CN - Canteen | 4523713 | | MTC | ~Canteen Date : 20050428 | $0.00 | $57.99 | $0.00 | $0.00 |
| 20050429 11:17 | EX - External Disbursement | 4527629 | 99657 | MTC | ~MYSTERY GUILD | $0.00 | $30.98 | $0.00 | $0.00 |
| 20050502 13:45 | IC - Transfer from Inmate to Club A/c | 4534943 | | MTC | ~POSTAGE TO WORCESTER, MA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.54 | $0.00 | $0.00 |
| 20050505 22:30 | CN - Canteen | 4563217 | | MTC | ~Canteen Date : 20050505 | $0.00 | $53.45 | $0.00 | $0.00 |
| 20050510 14:12 | CI - Transfer from Club to Inmate A/c | 4578422 | | MTC | ~REFUND 5/5/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $7.07 | $0.00 | $0.00 | $0.00 |
| 20050510 14:12 | TI - Transfer from Institution | 4578423 | | STH | ~Associate Receipt Number is 4578422 | $0.00 | $7.07 | $0.00 | $0.00 |
| 20050510 14:12 | TI - Transfer from Institution | 4578424 | | MTC | ~Associate Receipt Number is 4578422 | $7.07 | $0.00 | $0.00 | $0.00 |
| 20050511 13:14 | EX - External Disbursement | 4583867 | 99919 | MTC | ~NATIONAL GEOGRAPHIC SOCIETY | $0.00 | $17.90 | $0.00 | $0.00 |
| 20050511 13:14 | MA - Maintenance and Administration | 4583869 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050511 13:17 | EX - External Disbursement | 4583892 | 99907 | MTC | ~MYSTERY GUILD | $0.00 | $11.50 | $0.00 | $0.00 |
| 20050511 14:03 | IC - Transfer from Inmate to Club A/c | 4584070 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050511 14:08 | IC - Transfer from Inmate to Club A/c | 4584092 | | MTC | ~CERT 70041160000616733517~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.11 | $0.00 | $0.00 |
| 20050511 14:09 | IC - Transfer from Inmate to Club A/c | 4584093 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4592254 | | MTC | | $5.64 | $0.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4592255 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050512 22:30 | CN - Canteen | 4613776 | | MTC | ~Canteen Date : 20050512 | $0.00 | $59.70 | $0.00 | $0.00 |
| 20050516 11:23 | EX - External Disbursement | 4622142 | 100061 | MTC | ~OUT | $0.00 | $17.95 | $0.00 | $0.00 |
| 20050518 14:52 | IC - Transfer from Inmate to Club A/c | 4633370 | | MTC | ~POSTAGE TO WORCESTER, MA~POSTAGE - Z11~POSTAGE - | $0.00 | $1.29 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050902 09:13

| Commit#: | M81137 | | | MASS. TREATMENT CENTER | | | Page: 8 |
|---|---|---|---|---|---|---|---|
| Name: | SCHMITT, JOSEPH, , | | | Statement From | 20040801 | | |
| Inst: | MASS. TREATMENT CENTER | | | To | 20050902 | | |
| Block: | MPU - SEGREGATION UNIT | | | | | | |
| Cell/Bed: | 002 /B | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Z11 | | | | |
| 20050519 22:30 | CN - Canteen | 4647383 | | MTC | ~Canteen Date: 20050519 | $0.00 | $51.71 | $0.00 | $0.00 |
| 20050524 16:27 | CI - Transfer from Club to Inmate A/c | 4659817 | | MTC | ~REFUND 5/19/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $51.71 | $0.00 | $0.00 | $0.00 |
| 20050524 16:27 | TI - Transfer from Institution | 4659818 | | STH | ~Associate Receipt Number is 4659817 | $0.00 | $51.71 | $0.00 | $0.00 |
| 20050524 16:27 | TI - Transfer from Institution | 4659819 | | MTC | ~Associate Receipt Number is 4659817 | $51.71 | $0.00 | $0.00 | $0.00 |
| 20050526 22:30 | CN - Canteen | 4681062 | | MTC | ~Canteen Date: 20050526 | $0.00 | $55.19 | $0.00 | $0.00 |
| 20050527 11:10 | IC - Transfer from Inmate to Club A/c | 4682682 | | MTC | ~822,823,825~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $52.84 | $0.00 | $0.00 |
| 20050527 12:45 | IC - Transfer from Inmate to Club A/c | 4682972 | | MTC | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $112.44 | $0.00 | $0.00 |
| 20050527 14:32 | IC - Transfer from Inmate to Club A/c | 4683234 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.80 | $0.00 | $0.00 |
| 20050531 08:21 | VC - Voided Check | 4686004 | 100061 | STH | ~OUT | $17.95 | $0.00 | $0.00 | $0.00 |
| 20050531 08:21 | TI - Transfer from Institution | 4686005 | | STH | ~Associate Receipt Number is 4686004 | $0.00 | $17.95 | $0.00 | $0.00 |
| 20050531 08:21 | TI - Transfer from Institution | 4686006 | | MTC | ~Associate Receipt Number is 4686004 | $17.95 | $0.00 | $0.00 | $0.00 |
| 20050602 22:30 | CN - Canteen | 4711477 | | MTC | ~Canteen Date: 20050602 | $0.00 | $58.32 | $0.00 | $0.00 |
| 20050603 14:01 | EX - External Disbursement | 4714488 | 100449 | MTC | ~MYSTERY GUILD | $0.00 | $8.60 | $0.00 | $0.00 |
| 20050603 14:01 | MA - Maintenance and Administration | 4714490 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050606 14:01 | IC - Transfer from Inmate to Club A/c | 4720687 | | MTC | ~CERT 70041160000616733500~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20050607 13:36 | EX - External Disbursement | 4726912 | 100566 | MTC | ~PARALYZED VETERANS OF AMERICA | $0.00 | $15.00 | $0.00 | $0.00 |
| 20050608 13:41 | IC - Transfer from Inmate to Club A/c | 4733061 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.69 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4754031 | | MTC | | $4.92 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4754032 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050609 22:30 | CN - Canteen | 4762575 | | MTC | ~Canteen Date: 20050609 | $0.00 | $59.85 | $0.00 | $0.00 |
| 20050610 11:13 | EX - External Disbursement | 4767121 | 100670 | MTC | ~HOT ROD | $0.00 | $12.00 | $0.00 | $0.00 |
| 20050615 10:55 | IC - Transfer from Inmate to Club A/c | 4782801 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050616 22:30 | CN - Canteen | 4798023 | | MTC | ~Canteen Date: 20050616 | $0.00 | $55.02 | $0.00 | $0.00 |
| 20050620 11:46 | IC - Transfer from Inmate to Club A/c | 4805483 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20050620 11:46 | IC - Transfer from Inmate to Club A/c | 4805490 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20050621 15:38 | CI - Transfer from Club to Inmate A/c | 4811586 | | MTC | ~REFUND SHOWER SHOES~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $0.23 | $0.00 | $0.00 | $0.00 |
| 20050621 15:38 | TI - Transfer from Institution | 4811588 | | MTC | ~Associate Receipt Number is 4811586 | $0.23 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050902 09:13

| Commit# : | M81137 | | MASS. TREATMENT CENTER | | Page: 9 |
|---|---|---|---|---|---|
| Name : | SCHMITT, JOSEPH, , | | Statement From | 20040801 | |
| Inst : | MASS. TREATMENT CENTER | | To | 20050902 | |
| Block : | MPU - SEGREGATION UNIT | | | | |
| Cell/Bed : | 002 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050621 15:38 | TI - Transfer from Institution | 4811587 | | STH | ~Associate Receipt Number is 4811586 | $0.00 | $0.23 | $0.00 | $0.00 |
| 20050623 22:30 | CN - Canteen | 4829156 | | MTC | ~Canteen Date : 20050623 | $0.00 | $59.85 | $0.00 | $0.00 |
| 20050630 13:57 | IC - Transfer from Inmate to Club A/c | 4860042 | | MTC | ~CERT7004 1160 0006 1673 3241~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $9.90 | $0.00 | $0.00 |
| 20050630 13:58 | IC - Transfer from Inmate to Club A/c | 4860044 | | MTC | ~CERT 7004 1160 0006 1673 3234~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $9.90 | $0.00 | $0.00 |
| 20050630 22:30 | CN - Canteen | 4860826 | | MTC | ~Canteen Date : 20050630 | $0.00 | $59.15 | $0.00 | $0.00 |
| 20050706 14:07 | IC - Transfer from Inmate to Club A/c | 4884596 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050707 22:30 | CN - Canteen | 4899387 | | MTC | ~Canteen Date : 20050707 | $0.00 | $50.01 | $0.00 | $0.00 |
| 20050711 14:49 | IC - Transfer from Inmate to Club A/c | 4909839 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050712 13:01 | EX - External Disbursement | 4915241 | 101315 | MTC | ~DELTA PUBLISHING | $0.00 | $44.80 | $0.00 | $0.00 |
| 20050712 13:01 | MA - Maintenance and Administration | 4915243 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4929296 | | MTC | | $3.36 | $0.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4929297 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050714 22:30 | CN - Canteen | 4951258 | | MTC | ~Canteen Date : 20050714 | $0.00 | $59.80 | $0.00 | $0.00 |
| 20050721 22:30 | CN - Canteen | 4983671 | | MTC | ~Canteen Date : 20050721 | $0.00 | $56.75 | $0.00 | $0.00 |
| 20050722 10:13 | IC - Transfer from Inmate to Club A/c | 4986242 | | MTC | ~SPECIAL ORDER SNEAKERS~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $107.99 | $0.00 | $0.00 |
| 20050722 10:54 | EX - External Disbursement | 4986536 | 101600 | MTC | ~PARALYZED VETERANS OF AMERICA | $0.00 | $15.00 | $0.00 | $0.00 |
| 20050728 22:30 | CN - Canteen | 5013612 | | MTC | ~Canteen Date : 20050728 | $0.00 | $59.80 | $0.00 | $0.00 |
| 20050803 16:52 | IS - Interest | 5044152 | | MTC | | $2.20 | $0.00 | $0.00 | $0.00 |
| 20050803 16:52 | IS - Interest | 5044153 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050804 22:30 | CN - Canteen | 5067974 | | MTC | ~Canteen Date : 20050804 | $0.00 | $16.78 | $0.00 | $0.00 |
| 20050808 11:55 | CI - Transfer from Club to Inmate A/c | 5076769 | | MTC | ~REFUND 7/28/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $59.80 | $0.00 | $0.00 | $0.00 |
| 20050808 11:55 | TI - Transfer from Institution | 5076770 | | STH | ~Associate Receipt Number is 5076769 | $0.00 | $59.80 | $0.00 | $0.00 |
| 20050808 11:55 | TI - Transfer from Institution | 5076771 | | MTC | ~Associate Receipt Number is 5076769 | $59.80 | $0.00 | $0.00 | $0.00 |
| 20050808 13:55 | IC - Transfer from Inmate to Club A/c | 5077991 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050811 11:52 | IC - Transfer from Inmate to Club A/c | 5102778 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050812 10:19 | EX - External Disbursement | 5108101 | 102085 | MTC | ~DELTA PUBLISHING GROUP | $0.00 | $2.00 | $0.00 | $0.00 |
| 20050812 10:19 | MA - Maintenance and Administration | 5108103 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050818 22:30 | CN - Canteen | 5137466 | | MTC | ~Canteen Date : 20050818 | $0.00 | $17.40 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050902 09:13

| Commit# : | M81137 | | | MASS. TREATMENT CENTER | | | Page : 10 |
| Name : | SCHMITT, JOSEPH, , | | | Statement From | 20040801 | | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20050902 | | |
| Block : | MPU - SEGREGATION UNIT | | | | | | |
| Cell/Bed : | 002 /B | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050819 07:40 | EX - External Disbursement | 5140459 | 102244 | MTC | ~NATIONAL GEOGRAPHIC SOCIETY | $0.00 | $17.90 | $0.00 | $0.00 |
| 20050819 07:40 | EX - External Disbursement | 5140460 | 102243 | MTC | ~PENNY MARKETING | $0.00 | $23.45 | $0.00 | $0.00 |
| 20050819 07:41 | EX - External Disbursement | 5140461 | 102242 | MTC | ~N.Y.C. DEPT. OF HEALTH | $0.00 | $15.00 | $0.00 | $0.00 |
| 20050819 13:15 | EX - External Disbursement | 5141731 | 102241 | MTC | ~PARALYZED VETERANS OF AMERICA | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050825 22:30 | CN - Canteen | 5168612 | | MTC | ~Canteen Date : 20050825 | $0.00 | $29.34 | $0.00 | $0.00 |
| 20050901 12:38 | CN - Canteen | 5198932 | | MTC | ~Canteen Date : 20050831 | $0.00 | $32.44 | $0.00 | $0.00 |
| | | | | | | $9,425.65 | $12,106.90 | $0.00 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $225.60 | $1.12 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $225.60 | $1.12 | $0.00 | $0.00 | $0.00 | $0.00 |