UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH P. SCHMITT, <u>pro se</u>, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-11348-NG |
| | ) | |
| ROBERT MURPHY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JOSEPH P. SCHMITT, <u>pro se</u>, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-11603-NG |
| | ) | |
| ROBERT D. CLAUSS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER ON PLAINTIFF'S MOTIONS
FOR RECONSIDERATION

Now before the Court are plaintiff's renewed motions for reconsideration of the denial of his applications to proceed <u>in forma pauperis</u> under 28 U.S.C. § 1915 and of the orders dismissing the above-captioned actions for failure to pay the filing fee. Upon review, the court hereby GRANTS the motions to reconsider (Docket No. 7 in both actions).

Plaintiff's applications to proceed <u>in forma pauperis</u> under 28 U.S.C. § 1915 are hereby GRANTED, and it is FURTHER ORDERED that the Clerk shall reopen these actions and issue summonses, and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.


  5/30/06                                          s/ Nancy Gertner                 
DATE                                         UNITED STATES DISTRICT JUDGE