```
                  UNITED STATES DISTRICT COURT          FILED
                    DISTRICT OF MASSACHUSETTS      IN CLERKS OFFICE

                                                   2006 JUN 12  P 2: 34
JOSEPH P. SCHMITT, pro se       )
         Plaintiff,             )
                                )                    U.S. DISTRICT COURT
v.                              )  C.A. No. 05-11603-NG  OF MASS
                                )
ROBERT D. CLAUSS,               )
DAVID LEONARD,                  )
MARK DARE,                      )
STEVEN FAIRLY,                  )
ROBERT MURPHY,                  )
ROBERT J. WAITKEVICH,           )
KATHLEEN M. DENNEHY,            )
TIMOTHY HALL,                   )
         Defendants             )
```

## PLAINTIFF'S MOTION TO CORRECT CLERK'S DOCKETING ERROR

Now comes the pro se plaintiff, Joseph P. Schmitt, and moves that the docketing errors of the clerk be corrected before this action proceeds forward so as to avoid any and all litigation problems regarding who is and who is not a named and served defendant in this action.

As grounds for the above captioned motion, plaintiff states the following.

1. The docket sheet in this action does not have Mark Dare noted as a defendant, although he is indicated on the cover page of the original complaint and under the captioning of "PARTIES" in same complaint.

2. Although the summonses received by plaintiff were destroyed (see plaintiff's additional motion for Court Order) no summonse was issued for this named defendant.

**WHEREFORE**, Plaintiff prays this Court ORDER the Clerk of Court to correct the docket in this action and list all defendants that have been listed by the plaintiff in his original complaint and which are also listed in the captioning of this mation.

Dated: June 9, 2006

Respectfully Filed

*[signature]*

Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230

-2-