UNITED STATES DISTRICT COURT FILED OFFICE
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

JOSEPH P. SCHMITT, pro se,            )
          Plaintiff,                   )          2006 JUN 12  P 2: 33
                                       )
v.                                     )    C.A. No. 05-11603-NG COURT
                                       )                DISTRICT OF MASS
ROBERT MURPHY,                         )
ROBERT D. CLAUSS,                      )
DUANE MACEACHERN,                      )
KATHLEEN M. DENNEHY,                   )
TIMOTHY HALL,                          )
          Defendants                   )

### PLAINTIFF'S MOTION FOR COURT ORDER

**Now** comes the pro se plaintiff, Joseph P. Schmitt, and moves
that this Court issue an order to the Clerk of Court to issue new
**Summonses** and **Process Receipt and Return (FORM USM-285)** for each
of the captioned defendants in this action.

As grounds thereof, plaintiff states the following under pains
and penalties of perjury.

1.    On June 7,2006 Plaintiff received a package from this court
containing summonses and process receipt and return forms for this
action as well as 05-11603-NG.

2.    The above noted package was clearly damaged to the extent that
it was torn almost completely open and obviously had been subjected
to the weather, specifically rain.

3.    Upon opening the package fully and examining the contents, it
was determined by this plaintiff that the contents were nolonger
useful and were disposed of.

**WHEREFORE,** Plaintiff prays this Court issues an ORDER to its'
clerk to forward new summonses and Process Receipt and return Forms
to said plaintiff posthaste so service may be conducted on each of
the above captioned defendants.

Dated: June  9 ,2006

-1-

Respectfully Filed

Joseph Peter Schmitt, pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230