UNITED STATES DISTRICT COURT



JOSEPH P. SCHMITT,

     Plaintiff,

   v.

ROBERT D. CLAUSS, et al.,

     Defendants

CIVIL ACTION NO.
05-11603-NG

## EMERGENCY MOTION FOR COURT ORDER

Now comes the pro se plaintiff in the above entitled action and moves for this court to ORDER the Department of Correction to process plaintiff's legal mail pertaining to this action free of cost as indigent mail as permitted by 103-CMR-481.06 Inmate Mail Policy used by the defendants.

As grounds for the above motion plaintiff states ther  following.

1.   Plaintiff has only $.67 on his accounts and cannot afford to pay any postage for his legal mail.

2.   Plaintiff has on many occassions attempted to resolve this issue through direct communications with the Superintendent, Robert Murphy, of the Treatment Center, also note this is a defendant in this action and other actions, and has filed several formal grievances in an attempt to have his legal mail mailed free of cost which is clearly approved by 103-CMR-481.06.

3.   Plaintiff has aproximately fourteen civil actions and appeals active in the commonwealth at this time. The defendants denial to process plaintiff's mail free of cost to him deprives him access to this court and other courts of the commonwealth, as well as access to court officials.

4.   In all legal actions this plaintiff is actively involved, the commonwealth has declared him to be indigent. Only the officials at the Treatment Center, defendants in most of Plaintiffs legal actions, seem to deny plaintiff status as being indigent eventhough he only has $.67 on his account and has no income.

WHEREFORE, Plaintiff prays this court order the Department of Correction, and/or Robert Murphy at the Treatment Center in Bridgewater Massachusetts, to process the Plaintiff's legal mail free of charge as indigent mail pusuant to 103-CMR-481.06 and cease its/his actions that deprive plaintiff access to the courts and/or the ability to prosecute his legal actions against all named defendants.

Dated: July 17,2006

Respectfully Filed,

Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230

CERTIFICATE OF SERVICE

I, Joseph P. Schmitt, hereby certifies that on July 17,2006 a true copy of the above motion was placed in the Treatment Center's US Mail Box or Institutional Mail Box in a sealed envelope with the initials F.P. (FREE POSTAGE) placed in the upper right corner of said envelope, addressed to the Legal Division for the Department of Correction at 70 Franklin Street Boston Massachusetts 02110-1300

Joseph P. Schmitt, pro se