U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Joseph P. Schmitt | COURT CASE NUMBER 05-11603 |
| DEFENDANT Robert D. Clauss | TYPE OF PROCESS Civil Rights Action |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Robert D. Clauss

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
MCI-Framingham 99 Loring Dr. PoB 9007 Framingham Ma. 01704-9007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph P. Schmitt
30 Administration Road
Bridgewater, Ma 02324-3230

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                     Fold

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER — | DATE 7-12-06 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | | 9/5/06 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company. corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) Robert D. Clauss (Sgt.) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 9-12-06  Time 3:30 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 90.00 | Total Mileage Charges (including endeavors) 19.58 | Forwarding Fee — | Total Charges 109.58 | Advance Deposits — | Amount owed to U.S. Marshal or — | Amount of Refund — |
|---|---|---|---|---|---|---|

REMARKS:

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ **MASSACHUSETTS**

JOSEPH PETER SCHMITT

**SUMMONS IN A CIVIL ACTION**

V.

ROBERT CLAUSS, et al

CASE NUMBER:    05cv11603NG

TO: (Name and address of Defendant)

Robert D. Clauss
MCI - Framingham
99 Loring Dr.
P.O. Box 9007
Framingham, MA. 01704-9007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph P. Schmitt
30 Administration Road
Bridgewater, Ma. 02324

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## SARAH A. THORNTON

_____          6/23/2006
CLERK                                                      DATE

/s/ JENNIFER FILO
(By) DEPUTY CLERK