UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Joseph Peter Schmitt**        ) | |
|     **Plaintiff,**          ) | |
|                             ) | |
|     **v.**                  ) | **C.A. No.05-11348** |
|                             ) | **LEAD DOCKET NUMBER** |
| **Robert Murphy et al.**        ) | |
|     **Defendants.**         ) | |
| **Joseph Peter Schmitt,**       ) | |
|     **Plaintiff,**          ) | |
|                             ) | |
|     **v.**                  ) | **C.A. No.05-11603** |
|                             ) | |
| **Robert D. Clauss et al.**     ) | |
|     **Defendants.**         ) | |

**ORDER OF CONSOLIDATION**

The two cases above are **ORDERED** consolidated under the **lead case, docket number 05-11348-NG,** pursuant to Fed. R. Civ. P. 42. The cases are brought by the same plaintiff on similar questions of fact.

**All future pleadings and submissions shall be filed only under the lead case number 05-11348-NG, and lead caption. Pending motions previously filed under the case number 05-11603-NG shall be re-submitted under the lead case number 05-11348-NG.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: October 12, 2006   /s/ NANCY GERTNER, U.S.D.J.**