United States District Court

FILED IN CLERKS OFFICE
2007 FEB -2 A 11:54
U.S. DISTRICT COURT
DISTRICT OF MASS

Civil Actions No.

USDC-05-11348-NG
USDC-05-11603-NG

Joseph P. Schmitt, pro se,
    Plaintiff,

· vs ·

Robert Murphy, et al.,
    Defendants

---

### Plaintiff's Notice Of Intent to File A Motion For Summary Judgment

  Plaintiff, hereby notices the Court of his intent to file a Motion for Summary Judgment pursuant to Massachusetts Rules of Court - Federal Rule 56 (a), which the above-entitled Plaintiff has as of this date, served upon all defendants except for defendant Robert Waitkevich.

Dated: January 18, 2007

Respectfully submitted,

Joseph Peter Schmitt
Plaintiff pro se
30 Administration Road
Bridgewater, Ma. 02324

## Certificate of Service

I, Joseph Peter Schmitt, pro se plaintiff in the above-entitled action, hereby certify that on January 18, 2007 a copy of the above "Plaintiff's Notice of Intent to file A Motion for Summary Judgment" was served upon all relevant defendants by Intra facility and Inter-departmental mail

Joseph P. Schmitt